UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MATTHEW LYNCH, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 18-5398 (RBK) (MJS) |
| | : | |
| v. | : | |
| | : | |
| OFFICER A. HALE, et al., | : | **MEMORANDUM & ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiff, Matthew Lynch ("Plaintiff" or "Lynch"), is proceeding *pro se* with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. (*See* ECF 1). On April 5, 2019, this Court proceeded Plaintiff's complaint past screening. (*See* ECF 6). Thereafter, Plaintiff filed a motion to amend the complaint. (*See* ECF 22). Plaintiff sought to add Defendants. On March 30, 2022, this Court denied Plaintiff's motion to amend the complaint without prejudice because Plaintiff failed to include with his motion a copy of an all-inclusive amended complaint thereby violating Local Civil Rule 15.1(a). (*See* ECF 25). Additionally, this matter was administratively terminated at that time pursuant to Local Civil Rule 10.1 because Plaintiff had failed to update this Court of his current address as additional mail had been returned as undeliverable on Plaintiff. (*See* ECF 25).

On August 17, 2022, Plaintiff filed a notice of a change of address such that the Clerk will be ordered to reopen this case. This Court though reminds Plaintiff though that the operative pleading in this case remains his original complaint. (*See* ECF 1). Therefore, the only Defendants for which Plaintiff can submit USM-285 forms are therefore Hale and Cohen since this Court previously denied Plaintiff's motion to amend the complaint that sought to add additional Defendants.

2

Accordingly, IT IS on this 25th day of August, 2022,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED the Clerk shall serve this memorandum and order on Plaintiff by regular U.S mail.

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge